UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

ANDREW HUNT,                                 Case No. 14-14005

     Debtor.                             Honorable John Corbett O'Meara

_____/

STUART A. GOLD, Trustee,

     Appellant,

v.

ANDREW HUNT,

     Appellee.
_____/

## ORDER OF DISMISSAL

This matter came before the court on debtor Andrew Hunt's October 17, 2014 Notice of Appeal from Bankruptcy Order.  Pursuant to Bankruptcy Rule 8006, within 14 days after the filing of the notice of appeal, the appellant shall file with the clerk of the bankruptcy court, and serve on the appellee, a designation of the items to be included in the record on appeal and a statement of issues to be presented.  Pursuant to Rule 8001(a), failure to comply in the time prescribed can result in dismissal of the appeal.  In this case Appellant has failed to file the required designation.  Accordingly, it is hereby **ORDERED** that this appeal is **DISMISSED.**

                                            s/John Corbett O'Meara
                                            United States District Judge

Date:  November 17, 2014

      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 17, 2014, using the ECF system and/or ordinary mail.

                                        s/William Barkholz
                                        Case Manager